IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>             Plaintiff,                           )<br>                                                             )<br>             v.                                         )<br>                                                             )<br>BYRON K. SANDERS,                       )<br>                                                             )<br>             Defendant.                        )<br>_____) | Case No. 1:16-cv-00031---SAB<br><br>**ORDER GRANTING THE UNITED STATES' EX-PARTE REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT** |

   The United States of America's first request for additional time to serve Defendant is hereby GRANTED.

   IT IS ORDERED that the United States has until July 6, 2016 to effectuate service of summons and complaint on Defendant Byron K. Sanders.

   IT IS FURTHER ordered that the the Scheduling Conference currently set for April 18, 2016, is VACATED and RESET to August 30, 2016 at 9:00 a.m. before Magistrate Judge Stanley A. Boone.   A joint scheduling conference report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:   **April 2, 2016**                                  _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1