# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYON K. SANDERS,<br><br>　　　　Defendant. | Case No.  1:16-cv-00031---SAB<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT TO SEPTEMBER 20, 2016, AT 10:00 A.M.<br><br>(ECF No. 12) |

　　　On January 8, 2016, Plaintiff United States of America filed a complaint against Defendant Bryon K. Sanders. (ECF No. 1.) On July 14, 2016, the clerk entered default against Defendant. (ECF No. 9.) On August 17, 2016, Plaintiff filed a motion for default judgment against Defendant, and set the hearing for September 14, 2016, at 10:00 a.m. before the undersigned. (ECF No. 12.) Due to the conflicts in the Court's calendar, the hearing on Plaintiff's motion for default judgment is continued to September 20, 2016, at 10:00 a.m. in Courtroom 9 before the undersigned.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion for default judgment (ECF No. 12) set for September 14, 2016, at 10:00 a.m. is continued to September 20, 2016, at 10:00 a.m. in Courtroom 9 before the undersigned; and

1

2. Plaintiff shall serve a copy of this order on Defendant and thereafter file a certification of service with the Clerk of the Court.

IT IS SO ORDERED.

Dated: **August 29, 2016**

UNITED STATES MAGISTRATE JUDGE