| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:16-cv-00031---SAB |
| Plaintiff, | | ORDER GRANTING TELEPHONIC APPEARANCE AND DIRECTING CLERK OF THE COURT TO ASSIGN ACTION TO A DISTRICT JUDGE |
| v. | | |
| BYRON K. SANDERS, | | |
| Defendant. | | (ECF No. 15) |

On January 8, 2016, Plaintiff United States of America ("Plaintiff") filed a complaint in this action against Defendant Bryon K. Sanders ("Defendant") to reduce to judgment outstanding federal tax assessments. On July 14, 2016, Plaintiff requested and the Clerk of the Court entered default against Defendant. Plaintiff filed a motion for default judgment on August 17, 2016 which is set for hearing on September 20, 2016 at 10:00 a.m. before the undersigned. On September 13, 2016, Plaintiff filed a request to submit the motion on the briefs, or alternately, to appear telephonically at the September 20, 2016 hearing.

The Court shall grant the motion to appear telephonically at the September 20, 2016 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to appear telephonically at the September 20, 2016 hearing is GRANTED;

2. Plaintiff shall contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference phone number and passcode prior to the September 20, 2016 hearing date; and

3. The Clerk of the Court is DIRECTED to randomly assign this action to a United States District Judge.

IT IS SO ORDERED.

Dated:   **September 14, 2016**

UNITED STATES MAGISTRATE JUDGE